# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendants. | No. 4:22-cv-06176-RS <br><br> **ORDER GRANTING STIPULATION TO SET DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE** |

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following revisions to the case management schedule:

- **January 5, 2023**: Deadline for Plaintiffs to amend their Complaint.
- **February 6, 2023**: Deadline for Defendants to respond to Plaintiffs' Amended Complaint, or, if no amendment is made, to the original Complaint.
- **March 2, 2023:** Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Dated:** December 23, 2022

HON. RICHARD SEEBORG
United States District Judge

*Stipulation to Set Deadline and to Continue Case Management Conference*
*Mary Ferrell Foundation v. Biden*, No. 3:22-cv-06176-RS

5