UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FERRELL FOUNDATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, et al., <br><br> Defendants. | Case No. 22-cv-06176-RS <br><br> **ORDER DENYING LEAVE TO FILE AMICUS BRIEF** |

The Court is in receipt of a voluminous filing from Lyn Denise Hazelwood, a "JFK Assassination Researcher," which is construed as a motion for leave to file an amicus brief. District courts have "broad discretion to appoint amici curiae," *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), whose role lies in "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *MillerWohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). An amicus brief may be allowed "when a party is not represented competently or is not represented at all," or "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Rivera v. Invitation Homes, Inc.*, 2020 WL 8910882, at *10 (N.D. Cal. Oct. 29, 2020) (internal citation omitted).

Here, Plaintiffs are represented by counsel, and there is no indication such representation will be incompetent or incomplete. Moreover, though Ms. Hazelwood might have an interest in the litigation, the proposed submission does not provide unique information or perspective that is

germane to the *legal* issues raised in the case, and has neither been signed or filed by an attorney. As such, the motion for leave to file the amicus brief is denied.

**IT IS SO ORDERED**.

Dated: January 20, 2023

_____
RICHARD SEEBORG
Chief United States District Judge

<< SHORT ORDER TITLE >>
CASE NO. 22-cv-06176-RS

2