1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  ELIZABETH J. SHAPIRO
   Deputy Branch Director
3  JOHN ROBINSON (DC Bar No. 1044072)
4  Trial Attorney
   Civil Division, Federal Programs Branch
5  U.S. Department of Justice
   1100 L Street NW
6  Washington, DC 20005
7  Telephone: (202) 616-8489
   E-mail:  john.j.robinson@usdoj.gov
8
9  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendants. | No. 3:22-cv-06176-RS <br><br> ORDER <br> **STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|---|---|

Pursuant to Civil Local Rules 6-2 and 16-2(d), Plaintiffs and Defendant submit this stipulated request for the Court to (1) set a briefing schedule for Defendants' motion to dismiss; (2) continue the initial case management conference and corresponding case management and ADR deadlines; and (3) continue the hearing date for Defendants' motion to dismiss.  In support of this request, the parties stipulate and agree as follows:

1. On October 19, 2022, Plaintiffs filed their complaint, asserting causes of action against the President and the National Archives and Records Administration for alleged violations of the President John F. Kennedy Assassination Records Collection Act of 1992 (JFK Act).  ECF No. 1.

2. On December 23, 2022, the parties filed a stipulation to set deadlines for Plaintiffs' amended complaint and Defendants' response; and to continue the case management conference.  The Court entered the parties' proposed scheduling order.  ECF No. 20.

3. Pursuant to the Court's scheduling order, Plaintiffs filed an amended complaint on January 5, 2023.  ECF No. 21.  Defendants moved to dismiss on February 6, and noticed a hearing date of March 30, 2023.  ECF No. 23.

4. Under Local Rule 7-3, Plaintiffs' opposition to Defendants' motion to dismiss is currently due on February 21, 2023.  Defendants reply is due on February 28, 2023.  The Court has also scheduled a case management conference for March 2, 2023 and set a deadline of February 23, 2023 for the parties' case management statement.  ECF No. 20.

5. Plaintiffs' counsel requires two additional weeks to prepare their opposition to Defendants' motion to dismiss in light of other personal and professional obligations and the nature of the legal issues raised in Defendants' motion.  Defendants' counsel likewise requests one additional week to prepare Defendants' reply brief in light of the nature of the legal issues raised in the motion.

6. The parties also agree that the case management conference, and corresponding case management and ADR deadlines, should be rescheduled until after Defendants' motion to dismiss is fully briefed, unless the Court would prefer to proceed with the case management conference as scheduled.  The parties believe that holding the initial case management conference

*Mary Ferrell Foundation v. Biden*, No. 3:22-cv-06176-RS
Stipulation to Set Deadline and to Continue Case Management Conference

1

after the motion is fully briefed is in the best interests of judicial efficiency, and that it would be premature to address certain case management issues until after a response has been filed.

7. Finally, the parties agree that the hearing date for Defendants' motion to dismiss should be continued to April 27, 2023 in light of the changes to the briefing schedule set forth above.

8. Accordingly, pursuant to Civil Local Rules 6-2 and 16-2(d), the parties have agreed to, and request that the Court approve, the below proposed case management schedule:

- **March 7, 2023**: Deadline for Plaintiffs to respond to Defendants' motion to dismiss
- **March 21, 2023**: Deadline for Defendants to file reply
- **Initial Case Management Conference** to be set for a date after March 21, 2023 that is convenient to the Court.
- **Case Management Statement** due one week before the case management conference.
- **April 27, 2023:** Hearing date for Defendants' motion to dismiss.

Dated: February 17, 2023            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ John Robinson
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. N.W.
Washington, DC 20530
Telephone: (202) 616-8489
john.j.robinson@usdoj.gov

*Mary Ferrell Foundation v. Biden*, No. 3:22-cv-06176-RS
Stipulation to Set Deadline and to Continue Case Management Conference

*Attorneys for Defendants*


/s/ William M. Simpich
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
415-542-6809
bsimpich@gmail.com

Lawrence P. Schnapf*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

*Mary Ferrell Foundation v. Biden*, No. 3:22-cv-06176-RS
Stipulation to Set Deadline and to Continue Case Management Conference

3

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ John Robinson
JOHN ROBINSON (DC Bar No. 1044072)

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following revisions to the case management schedule:

- **March 7, 2023**: Deadline for Plaintiffs to respond to Defendants' motion to dismiss
- **March 21, 2023**: Deadline for Defendants to file reply
- **Initial Case Management Conference** to be set for a June 8, 2023 at 10:00 am.
- **Case Management Statement** due on June 1, 2023.
- **April 27, 2023:** Hearing date for Defendants' motion to dismiss

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 17, 2023

HON. RICHARD SEEBORG
United States District Judge