United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY FERRELL FOUNDATION, INC., et al.,

    Plaintiffs,

    v.

JOSEPH R. BIDEN, et al.,

    Defendants.

Case No. 22-cv-06176-RS

**ORDER DENYING MOTION FOR RECONSIDERATION OF LEAVE TO FILE AMICUS BRIEF**

    Before the court is Lyn Denise Hazelwood's motion to reconsider a prior order denying her motion for leave to file an amicus brief. In her motion, Ms. Hazelwood argues that she has unique information to offer, including: (1) history explaining how *United States v. Reynolds*, 345 U.S. 1 (1953) was based on fraudulent claims; (2) knowledge about the "active cover-up surrounding the JFK assassination"; and (3) motives for that cover-up.

    As previously explained, district courts have "broad discretion to appoint amici curiae," *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), whose role lies in "assisting in a case of general public interest, supplementing the efforts of counsel, and *drawing the court's attention to law that escaped consideration.*" *MillerWohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9th Cir. 1982) (emphasis added). Again, the proffered information is neither signed or filed by an attorney, nor, more importantly, germane to the laws at issue in the case, such as the Administrative Procedure Act. As but an example, *United States v. Reynolds* is not cited at all in the Parties' Motion to Dismiss briefing. Even if it were, the case—and the state secrets proposition

for which it stands—remains settled law that is binding on all lower courts. *See, e.g.*, *Fed. Bureau of Investigation v. Fazaga*, 142 S. Ct. 1051, 1056 (2022) ("This Court has repeatedly recognized 'a Government privilege against court-ordered disclosure of state and military secrets.'") (citing *Reynolds*, 345 U.S. at 6–7).

As such, the proffered information is insufficient to warrant granting leave to file the amicus brief, and the motion for reconsideration is denied.

**IT IS SO ORDERED**.

Dated: March 29, 2023

_____
RICHARD SEEBORG
Chief United States District Judge