William M. Simpich #106672
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 542-6809
bsimpich@gmail.com

Lawrence P. Schnapf
Schnapf LLC
55 E.87th Street #8N
New York, New York 10128
Telephone: (212) 876-3189
Larry@schnapflaw.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendants. | No. 3:22-cv-06176-RS<br><br>ORDER PURSUANT TO STIPULATION OF THE PARTIES AS MODIFIED BY THE COURT |

Pursuant to stipulation of the parties, it is so ordered:

Upon leave of the court, good cause having been shown:

1. Plaintiffs will file a second amended complaint on April 10, 2023.

2. Defendants will file a motion to dismiss on May 1, 2023.

3. Plaintiffs will file an opposition to motion to dismiss on May 22, 2023.

4. Defendants will file a reply to motion to dismiss on June 5, 2023.

5. The hearing on the Defendants' motion to dismiss will be heard on June 29, 2023.

The hearing for the motion to dismiss currently set for April 27, 2023 is to be taken off calendar.

_____
HON. RICHARD SEEBORG
United States District Court Judge

*Motion for Administrative Relef*
*Case No. 3:22-cv-06176-*