BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendants. | No. 3:22-cv-06176-RS <br><br> **STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants stipulate and agree as follows:

1. On April 10, 2023, Plaintiffs filed the operative Second Amended Complaint (SAC) for Declaratory Relief, Injunctive Relief, and Writ of Mandamus in this Court asserting five causes of action against Defendants. ECF No. 44. Defendants moved to dismiss the SAC on May 1, 2023. ECF No. 46. On July 14, 2023, the Court entered an Order granting in part and denying in part Defendants' motion to dismiss. ECF No. 68. By operation of Fed. R. Civ. P. 12(a)(4)(A), Defendants' Answer to those portions of the SAC that survive Defendants' motion to dismiss is due to be filed on July 28, 2023.

2. Civil Local Rule 6-1(a) provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order." Counsel for the parties have conferred and, pursuant to Rule 6-1(a), hereby stipulate and agree to set Defendants' deadline to answer the SAC as August 28, 2023. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that: Defendant's deadline to answer Plaintiffs' Second Amended Complaint is August 28, 2023.

Dated: July 28, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO

1

Deputy Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

*/s/ William M. Simpich (by permission)*
William M. Simpich #106672
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 542-6809
bsimpich@gmail.com

Lawrence P. Schnapf
Schnapf LLC
55 E.87th Street #8N
New York, New York 10128
Telephone: (212) 876-3189
Larry@schnapflaw.com

*Attorneys for Plaintiffs*