1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2  ELIZABETH J. SHAPIRO
   Deputy Branch Director
3  M. ANDREW ZEE (CA Bar No. 272510)
4  JOHN ROBINSON (DC Bar No. 1044072)
   Attorneys
5  Civil Division, Federal Programs Branch
6  U.S. Department of Justice
   450 Golden Gate Avenue, Room 7-5395
7  San Francisco, CA 94102
   Telephone: (415) 436-6646
8  Facsimile: (415) 436-6632
9  E-mail: m.andrew.zee@usdoj.gov
           john.j.robinson@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendants. | No. 3:22-cv-06176-RS <br><br> ORDER <br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND ANSWER DEADLINE** |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant submit this stipulated request for the Court to continue the Case Management Conference currently set for August 17, 2023, along with the August 10, 2023 deadline to file a joint case management statement, ECF No. 57, and Defendants' deadline to file an Answer to Plaintiffs' Second Amended Complaint, currently set for August 28, 2023, ECF No. 69. In support of this request, the parties stipulate and agree as follows:

1. On April 10, 2023, Plaintiffs filed the operative Second Amended Complaint (SAC) for Declaratory Relief, Injunctive Relief, and Writ of Mandamus in this Court asserting five causes of action against Defendants. ECF No. 44. Defendants moved to dismiss the SAC on May 1, 2023. ECF No. 46. On July 14, 2023, the Court entered an Order granting in part and denying in part Defendants' motion to dismiss. ECF No. 68 (July 14 Order).

2. Since the Court's July 14 Order, the parties have conferred multiple times in an attempt to narrow their remaining disputes in this case. The parties are optimistic that certain issues can be resolved through continued discussion and negotiation before identifying those disputes which will require resolution by the Court (assuming not all disputes are amicably resolved). In light of their continuing discussions, the parties believe that proceeding with the Case Management Conference on August 17, 2023, and setting a schedule for further proceedings would be premature in light of their ongoing efforts to narrow the litigation. The parties estimate that their discussions could continue for approximately two months. Once the parties have exhausted their efforts to resolve certain matters, they will be in better position to confer on the remaining disputes and thereafter submit to the Court their respective positions on how best to proceed, as well as the other matters called for in the joint case management statement.

3. In addition, the parties have tentatively scheduled an in-person meeting in Washington, D.C. for August 17, 2023, to discuss this case and potential resolution of certain issues and disputes. This date, which is the same date on which the Case Management Conference is currently set, was arrived at after consulting summer calendars for the principals and counsel of Plaintiffs and Defendant NARA. If this request is not granted, the parties will of course appear for the Case Management Conference as set by the Court.

4. Currently, Defendants' Answer to those portions of the SAC that survive the Court's July 14 Order is due August 28, 2023. ECF No. 69. In order to allow the parties to focus on their ongoing discussions, the parties propose to further extend Defendants' deadline to answer the SAC to two weeks prior to the date for which the Case Management Conference is rescheduled. Doing so would allow the parties to go before the Court at the Case Management Conference with the pleadings closed.

5. For all of these reasons, the parties respectfully request that the Court (1) continue the Case Management Conference, along with the deadline to file a joint case management statement, until a date no sooner than October 19, 2023, to allow the parties sufficient time to attempt to narrow their disputes; and (2) extend Defendants' deadline to answer the SAC until two weeks prior to the rescheduled Case Management Conference. A proposed order is attached.

6. A declaration is attached pursuant to Civil Local Rule 6-2(a).

Dated: August 9, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov
   john.j.robinson@usdoj.gov

*Attorneys for Defendants*

William M. Simpich
Attorney at Law
1736 Franklin Street
10th Floor
Oakland, CA 94615
510-444-0226
bsimpich@gmail.com

*/s/ Lawrence P. Schnapf*
Lawrence P. Schnapf*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ M. Andrew Zee*
M. ANDREW ZEE

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that the Case Management Conference previously set for August 17, 2023 is continued to <u>October 19</u>, 2023. The parties shall file a joint case management statement no later than one week prior to the Case Management Conference, and Defendants shall file their answer to Plaintiffs' Second Amended Complaint no later than to two weeks prior to the Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August <u>9</u>, 2023

*/s/ Richard Seeborg*
HON. RICHARD SEEBORG
United States District Judge