William M. Simpich #106672
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 542-6809
bsimpich@gmail.com

Lawrence P. Schnapf
Schnapf LLC
55 E.87th Street #8N
New York, New York 10128
Telephone: (212) 876-3189
Larry@schnapflaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | No. 3:22-cv-06176-RS<br><br>**PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Date: September 21, 2023<br>Time: 1:30 pm<br>Dept: Hon. Richard Seeborg |

///

///

On September 21, 2023, Plaintiffs will move the court for leave to file a Third Amended Complaint. This amended motion is based on the attached Amended Memorandum of Points and Authorities, the Amended Declaration of William M. Simpich, and the attached proposed Third Amended Complaint, as well as oral and documentary evidence that may be presented at the time of the hearing.

Dated: August 17, 2023

_____/s/_____
William M. Simpich
Lawrence P. Schnapf
Attorneys for Plaintiffs