BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendants. | No. 3:22-cv-06176-RS<br><br>**STIPULATION AND SCHEDULING ORDER ON DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT AND PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Plaintiffs, the Mary Ferrell Foundation, Inc., Josiah Thompson, and Gary Aguilar, and Defendants, the National Archives and Records Administration ("NARA"), and President Joseph R. Biden, submit this stipulated request for the Court to set a combined briefing schedule and hearing date to govern (1) Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, ECF No. 78, filed October 26, 2023; and (2) Plaintiffs' Motion for Injunctive Relief, ECF No. 79, also filed October 26, 2023. In support of their request, the parties state as follows:

1. On September 11, 2023, the Court docketed Plaintiffs' Third Amended Complaint for Injunctive Relief, Declaratory Relief, and Mandamus. ECF No. 77. On October 26, 2023, Defendants timely filed a Motion to Dismiss the Third Amended Complaint. ECF No. 78; *see also* ECF No. 76 (order setting deadline for motion to dismiss). Defendants seek the dismissal of the Third Amended Complaint, except to the extent it challenges NARA's alleged failures to maintain accurate reference aids and to release legislative records—claims the Court had previously allowed to proceed beyond the motion to dismiss stage. *See* ECF No. 68. Defendants noticed their Motion for hearing on December 14, 2023.

2. Later in the evening of October 26, 2023, Plaintiffs filed a Motion for Injunctive Relief, Declaratory Relief , or Mandamus. ECF No. 79. Plaintiffs seek, among other things, an injunction to halt implementation of the 2022 Biden Memorandum, halt implementation of a NARA guidance document, establish a timetable for the periodic review of all postponed documents under the JFK Act, and to require a re-review of all Transparency Plans. *Id.* at 25. Plaintiffs noticed their Motion for hearing on November 30, 2023.

3. On October 30, 2023, the Court issued a Clerk's Notice setting both motions for hearing on December 14, 2023. *See* ECF No. 80.

4. Under Local Rule 7-3(a) and (c), Plaintiffs' opposition to Defendants' Motion is due on November 9, and Defendants' reply in support of their motion is due on November 16,

1

Stipulation and Scheduling Order Case No.
3:22-cv-06176-RS

2023. Meanwhile, Defendants' opposition to Plaintiffs' Motion is due on November 9, and Plaintiffs' reply in support of their motion is due on November 16, 2023. The parties would file a total of four briefs in addition to the two presently before the Court.

5. To avoid duplicative briefing and to streamline the presentation of the parties' disputes, the parties respectfully request that the Court set a scheduling order that allows for combined briefing on both motions and that permits the parties sufficient time to address the issues raised. As the Commentary to Local Rule 7-2 provides, "[t]he time periods set forth in Civil L.R. 7-2 and 7-3 regarding notice, response, and reply to motions are minimum time periods. For complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods for response or reply."

6. The parties have conferred and, consistent with the Local Rules, request that the Court approve the following schedule for briefing on the parties' pending Motions:

- November 16, 2023: Plaintiffs file their response to Defendants' motion to dismiss, subject to a 25-page limit.
- December 7, 2023: Defendants file a combined reply in support of their motion to dismiss and response to Plaintiffs' motion for injunctive relief, subject to a 35-page limit.
- December 21, 2023: Plaintiffs file a reply in support of their motion for injunctive relief, subject to a 10-page limit.
- Hearing on both motions to be set at the Court's convenience.

7. The parties submit that the proposed schedule will promote judicial economy and efficiency for both the Court and the parties by eliminating one brief that would otherwise be required under the Local Rules and by avoiding duplicative effort through streamlined briefing. The proposed schedule also allows for a concurrent hearing on both motions, consistent with the Clerk's Notice of October 30, 2023, ECF No. 80, and just as the Court proceeded the last time Plaintiffs filed a motion for injunctive relief after Defendants moved to dismiss, *see* ECF No. 56

1  ("In the interests of judicial economy, the hearing on the pending Motion to Dismiss, currently scheduled for June 29, 2023, will be continued to July 13, 2023 to allow for a concurrent hearing with the Motion for Preliminary Injunction . . . .").

8. Previously in this case, the Court has modified Defendants' time to respond to the Second Amended Complaint and the Third Amended Complaint, and has continued the Case Management Conference to allow for the pleadings to be settled. Granting the requested relief would have no effect on the schedule, because no other events are currently scheduled in this case.

For all of these reasons, the parties respectfully request that the Court grant their stipulated request. A proposed order is attached.

Dated: November 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

/s/ William M. Simpich
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
415-542-6809
bsimpich@gmail.com

Lawrence P. Schnapf*

3

55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                         */s/ M. Andrew Zee*
                                         M. ANDREW ZEE

# SCHEDULING ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following schedule for (1) Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, ECF No. 78, filed October 26, 2023; and (2) Plaintiffs' Motion for Injunctive Relief, ECF No. 79, also filed October 26, 2023revisions to the case management schedule:

- November 16, 2023: Plaintiffs file their response to Defendants' motion to dismiss, subject to a 25-page limit.
- December 7, 2023: Defendants file a combined reply in support of their motion to dismiss and response to Plaintiffs' motion for injunctive relief, subject to a 35-page limit.
- December 21, 2023: Plaintiffs file a reply in support of their motion for injunctive relief, subject to a 10-page limit.
- Hearing on both motions to be set on January 11, 2024 at 1:30 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 1, 2023

RICHARD SEEBORG
United States District Judge

Stipulation and Scheduling Order Case No.
3:22-cv-06176-RS