William M. Simpich #106672
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 542-6809
bsimpich@gmail.com

Lawrence P. Schnapf
Schnapf LLC
55 E. 87th Street #8N
New York, New York 10128
Telephone: (212) 876-3189
Larry@schnapflaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendants. | No. 3:22-cv-06176-RS<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING DEADLINES**<br><br>Honorable Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Plaintiffs, the Mary Ferrell Foundation, Inc., Josiah Thompson, and Gary Aguilar, and Defendants, the National Archives and Records Administration ("NARA"), and President Joseph R. Biden, submit this stipulated request for the Court to continue by one week two of the briefings currently due in the matters of: 1) Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, ECF No. 78, and (2) Plaintiffs' Motion for Injunctive Relief, ECF No. 79. In support of their request, the parties state as follows:

1. On November 1, 2023, the Court granted the stipulated request and entered a briefing schedule on Defendants' Motion to Dismiss the Third Amended Complaint, ECF No. 78, and Plaintiffs' Motion for Injunctive Relief, Declaratory Relief, or Mandamus, ECF No. 79. Under that schedule, ECF No. 82, the parties' briefs are due November 16, December 7, and December 21, 2023. The hearing is currently set for for January 18, 2024 at 1:30 p.m.

2. Undersigned counsel for Plaintiffs is currently out of state in another matter during November 15-16, which will complicate the briefing on November 16 in this case. Counsel regrets not making the Court aware of this scheduling constraint in the parties' prior stipulated request. To alleviate this constraint, Plaintiffs respectfully request, with Defendants' consent, that the Court continue the next two briefings in this case from November 16 to November 22, and from December 7 to December 14, while maintaining all other dates.

3. Previously in this case, the Court has modified Defendants' time to respond to the Second Amended Complaint and the Third Amended Complaint, has continued the Case Management Conference to allow for the pleadings to be settled, and has entered the briefing schedule referenced above. Granting the requested relief would have no effect on the schedule, because no other events beyond the hearing date are currently scheduled in this case.

For all of these reasons, the parties respectfully request that the Court grant their stipulated request. A proposed order is attached.

Dated: November 16, 2023                                         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

*/s/* William M. Simpich
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
415-542-6809
bsimpich@gmail.com

Lawrence P. Schnapf*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ *William M. Simpich*
_____
William M. Simpich

2

# SCHEDULING ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that the briefs for: 1) Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint, ECF No. 78; and (2) Plaintiffs' Motion for Injunctive Relief, ECF No. 79 , currently due on November 16, 2023 and December 7, 2023, are continued to November 22, 2023 and December 14, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 16 , 2023

*/s/ Richard Seeborg*
RICHARD SEEBORG
United States District Judge