BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
JOHN ROBINSON (DC Bar No. 1044072)
Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | No. 3:22-cv-06176-RS<br><br>**JOINT STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE AND ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 16-10(c), Plaintiffs, the Mary Ferrell Foundation, Inc., Josiah Thompson, and Gary Aguilar, and Defendant, the National Archives and Records Administration ("NARA"), submit this stipulated request for the Court to set a Case Management Conference for September 5, 2024 or a date thereafter that is convenient for the Court's schedule. In support of their request, the parties state as follows:

1.  On September 11, 2023, the Court docketed Plaintiffs' Third Amended Complaint for Injunctive Relief, Declaratory Relief, and Mandamus. ECF No. 77. The parties agreed to a briefing schedule for Defendants' motion to dismiss the Third Amended Complaint, and also asked that the Case Management Conference, previously set for October 19, 2023, be continued to a date to be set by the Court following a ruling on Defendants' motion. The Court approved the briefing schedule and continued the CMC. ECF No. 76 at 4. Plaintiffs thereafter filed a series of motions for preliminary injunctive relief. ECF Nos. 79, 91, 92.

2.  The parties briefed Defendants' motion to dismiss and Plaintiffs' motions for injunctive relief. On January 18, 2024, the Court entered an order granting in part and denying in part Defendants' motion to dismiss and denying in their entirety Plaintiffs' motions for injunctive relief. ECF No. 107. On March 17, 2024, Plaintiffs appealed the denial of their motions for injunctive relief to the U.S. Court of Appeals for the Ninth Circuit. ECF No. 109. The appeal proceedings remain ongoing.

3.  On July 15, 2024, Plaintiffs notified Defendant of their intention to pursue discovery in the district court proceedings. Defendant advised Plaintiffs that discovery is not appropriate in this action where the remaining claims are brought under the Administrative Procedure Act. Plaintiffs' position is that discovery is appropriate pursuant to the Federal Records Act and applicable case law exceptions to discovery pursuant to the Administrative Procedures Act. The parties have since met and conferred, and have agreed that this litigation would be best served by presenting the Court with a Joint Case Management Statement, including their respective positions on discovery, and by requesting a schedule for further proceedings in this matter. To

1  date, the parties have not filed a Joint Case Management Statement and the Court has not held a
2  CMC. Holding a CMC is moreover consistent with what the Court ordered in September 2023,
3  when it continued the then-calendared CMC to "a date to be set by the Court following a ruling on
4  Defendants' . . . motion to dismiss the Third Amended Complaint." ECF No. 76 at 4. Doing so
5  will promote judicial economy and efficiency and help "secure the just, speedy, and inexpensive
6  determination" of this action. Fed. R. Civ. P. 1.

7      4.    Accordingly, the parties respectfully request that the Court grant their stipulated
8  joint request and set a CMC for September 5, 2024 or a date thereafter that is convenient for the
9  Court's schedule, with a Joint Case Management Statement to be due seven days prior to the CMC.
10 A proposed order is attached.

Dated: August 14, 2024                         Respectfully submitted,

                                                               BRIAN M. BOYNTON
                                                                Principal Deputy Assistant Attorney General

                                                                ELIZABETH J. SHAPIRO
                                                                Deputy Branch Director

                                                                */s/ M. Andrew Zee*
                                                                M. ANDREW ZEE (CA Bar No. 272510)
                                                                JOHN ROBINSON (DC Bar No. 1044072)
                                                                Trial Attorneys
                                                                Civil Division, Federal Programs Branch
                                                                U.S. Department of Justice
                                                                450 Golden Gate Avenue, Room 7-5395
                                                                San Francisco, CA 94102
                                                                Telephone: (415) 436-6646
                                                                E-mail: m.andrew.zee@usdoj.gov

                                                                *Attorneys for Defendants*

                                                                */s/* William M. Simpich
                                                                Attorney at Law
                                                                528 Grand Avenue
                                                                Oakland, CA 94610
                                                                415-542-6809
                                                                bsimpich@gmail.com

Lawrence P. Schnapf*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ M. Andrew Zee
M. ANDREW ZEE

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby sets a Case Management Conference for  September 5, 2024  A Joint Case Management Statement shall be filed at least seven days prior to the Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August  14 , 2024

RICHARD SEEBORG
United States District Judge