William M. Simpich
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 542-6809
bsimpich@gmail.com

Lawrence P. Schnapf
SCHNAPF LLP
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | No. 3:22-cv-06176-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Plaintiffs, the Mary Ferrell Foundation, Inc., Josiah Thompson, and Gary Aguilar, and Defendant, the National Archives and Records Administration

("NARA"), submit this stipulated request for the Court to amend the briefing schedule for Defendant's Motion for Partial Summary Judgment, which is set for hearing on January 9, 2025. In support of their request, the parties state as follows:

1. On October 18, 2024, Defendant filed a Partial Motion for Summary Judgment, ECF No. 117. Pursuant to a previous stipulation, the parties' briefs are due November 8, November 22, and December 6, 2024. ECF No. 119. The hearing is currently set for hearing for January 9, 2025 at 1:30 p.m.

2. Undersigned counsel for Plaintiffs has oral argument scheduled in this matter in the Ninth Circuit on November 13, 2024, which has complicated preparation for the briefing due on November 8, 2024 in this case. Plaintiffs now respectfully request, with Defendant's consent, that the Court order an amended briefing and hearing schedule, which would conclude by February 6, 2025, well before the proposed February 27 hearing date.

3. The proposed amended briefing schedule on (1) Defendants' Motion for Partial Summary Judgment, ECF No. 117; and (2) Plaintiffs' proposed Cross-Motion for Partial Summary Judgment, would be **AMENDED** as follows: Plaintiffs' opposition is due on January 9, 2025; Plaintiffs' cross-motion is due on January 9, 2025, and may be combined at the option of the Plaintiffs, not to exceed 50 pages for the two briefs; Defendant's combined opposition and reply briefs are due on January 23, 2025, not to exceed 40 pages; Plaintiffs' reply brief is due on February 6, 2025. The parties propose that the hearing on both motions be set for February 27, 2025 at 1:30 p.m. To conserve the Court's and the parties' resources and to maximize efficiency, the parties also propose that the Case Management Conference, currently set for January 9, 2025 at 10:00 a.m. be continued to February 27, 2025 at 1:30 p.m. so that it can be held concurrently with the hearing on the parties' cross-motions.

4. Previously in this case, the Court has modified Defendants' time to respond to the Second Amended Complaint and the Third Amended Complaint, has continued the Case Management Conference to allow for the pleadings to be settled, and has entered the briefing schedule referenced above.

1

Stipulation and [Proposed] Order to Amend Briefing Schedule
Case No. 3:22-cv-06176-RS

For all of these reasons, the parties respectfully request that the Court grant their stipulated request. A proposed order is attached.

Dated: November 6, 2024                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Principal Deputy Assistant Attorney General

                                           ELIZABETH J. SHAPIRO
                                           Deputy Branch Director

                                           */s/ M. Andrew Zee*
                                           M. ANDREW ZEE (CA Bar No. 272510)
                                           JOHN ROBINSON (DC Bar No. 1044072)
                                           Trial Attorneys
                                           Civil Division, Federal Programs Branch
                                           U.S. Department of Justice
                                           450 Golden Gate Avenue, Room 7-5395
                                           San Francisco, CA 94102
                                           Telephone: (415) 436-6646
                                           E-mail: m.andrew.zee@usdoj.gov

                                           *Attorneys for Defendant*

                                           */s/* William M. Simpich
                                           Attorney at Law
                                           528 Grand Avenue
                                           Oakland, CA 94610
                                           415-542-6809
                                           bsimpich@gmail.com

                                           Lawrence P. Schnapf*
                                           55 E. 87th Street #8b
                                           New York, NY 10128
                                           917-576-3667
                                           larry@schnapflaw.com
                                           *Admitted *pro hac vice*

                                           *Attorneys for Plaintiff*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                                     */s/ William M. Simpich*
                                                     WILLIAM M. SIMPICH

## [PROPOSED] SCHEDULING ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that the briefing and hearing schedule on (1) Defendants' Motion for Partial Summary Judgment, ECF No. 117; and (2) Plaintiffs' proposed Cross-Motion for Partial Summary Judgment, is **AMENDED** as follows:  Plaintiffs' opposition is due on January 9, 2025; Plaintiffs' cross-motion is due on January 9, 2025, and may be combined at the option of the Plaintiffs, not to exceed 50 pages for the two briefs; Defendant's combined opposition and reply briefs are due on January 23, 2025, not to exceed 40 pages; Plaintiffs' reply brief is due on February 6, 2025. A hearing on both motions is set for February 27, 2025 at 1:30 p.m.  The Case Management Conference, currently set for January 9, 2025 at 10:00 a.m., is continued to February 27, 2025 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November __, 2024

                                                       RICHARD SEEBORG
                                                     United States District Judge