**FILED**

JAN 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARY FERRELL FOUNDATION, INC.; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOSEPH R. BIDEN and THE NATIONAL ARCHIVES & RECORDS ADMINISTRATION OFFICE OF GOVERNMENT INFORMATION, <br><br> Defendants - Appellees. | No. 24-1606 <br><br> D.C. No. 3:22-cv-06176-RS <br><br> Northern District of California, San Francisco <br><br> MANDATE |

The judgment of this Court, entered November 25, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT