William M. Simpich
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 542-6809
bsimpich@gmail.com

Lawrence P. Schnapf
SCHNAPF LLP
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC.; JOSIAH THOMPSON; and GARY AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | No. 3:22-cv-06176-RS<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS IN THIS ACTION FOR SIXTY DAYS**<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rule 6-2, Plaintiffs, the Mary Ferrell Foundation, Inc., Josiah Thompson, and Gary Aguilar, and Defendant, the National Archives and Records Administration

("NARA"), submit this stipulated request for the Court to stay all proceedings in this action for a period of sixty days in light of the President's January 23, 2025 Executive Order titled *Declassification of Records Concerning the Assassinations of President John F. Kennedy, Senator Robert F. Kennedy, and the Reverend Doctor Martin Luther King Jr*. In support of their request, the parties state as follows:

1. On October 18, 2024, Defendant filed a Partial Motion for Summary Judgment, ECF No. 117. Pursuant to a previous stipulation, the parties' further briefs on that motion and Plaintiffs' anticipated cross-motion are due February 6, February 27, and March 13, 2025. ECF No. 125. The hearing is currently set for hearing for March 20, 2025 at 1:30 p.m. The Case Management Conference is currently set for April 24, 2025 at 1:30 pm, with the joint Case Management Conference due on April 17, 2025.

2. On January 23, 2025, President Trump issued the above-described executive order stating, among other things, that the "continued redaction and withholding of information from records pertaining to the assassination of President John F. Kennedy is not consistent with the public interest and the release of these records is long overdue." It also states that "within 15 days of the date of this order, the Director of National Intelligence and the Attorney General shall, in coordination with the Assistant to the President for National Security Affairs and the Counsel to the President, present a plan to the President for the full and complete release of records relating to the assassination of President John F. Kennedy." Plaintiffs now respectfully request, with Defendant's consent, that the Court stay all proceedings in this case for a period of sixty days, pending further developments in response to the executive order, and vacate the existing briefing schedule, hearing date, and case management conference.

3. The parties further submit that following the expiration of the requested sixty-day stay, they will file a joint status report, including if appropriate a proposed amended briefing schedule on (1) Defendant's Motion for Partial Summary Judgment, ECF No. 117; and (2) Plaintiffs' proposed Cross-Motion for Partial Summary Judgment, and a proposed date for the case management conference.

4. Previously in this case, the Court has modified Defendants' time to respond to the Second Amended Complaint and the Third Amended Complaint, has continued the Case Management Conference to allow for the pleadings to be settled, and has entered the briefing schedule referenced above.

For all of these reasons, the parties respectfully request that the Court grant their stipulated request. A proposed order is attached.

Dated: January 30, 2025                                       Respectfully submitted,

                                                              BRIAN M. BOYNTON
                                                              Principal Deputy Assistant Attorney General
                                                              ELIZABETH J. SHAPIRO
                                                              Deputy Branch Director

                                                              */s/ M. Andrew Zee*
                                                              M. ANDREW ZEE (CA Bar No. 272510)
                                                              JOHN ROBINSON (DC Bar No. 1044072)
                                                              Trial Attorneys
                                                              Civil Division, Federal Programs Branch
                                                              U.S. Department of Justice
                                                              450 Golden Gate Avenue, Room 7-5395
                                                              San Francisco, CA 94102
                                                              Telephone: (202) 616-8489
                                                              E-mail: john.j.robinson@usdoj.gov

                                                              *Attorneys for Defendant*

                                                              */s/ ˆWilliam M. Simpich*
                                                              Attorney at Law
                                                              528 Grand Avenue
                                                              Oakland, CA 94610
                                                              415-542-6809
                                                              bsimpich@gmail.com

                                                              Lawrence P. Schnapf*
                                                              55 E. 87th Street #8b
                                                              New York, NY 10128
                                                              917-576-3667
                                                              larry@schnapflaw.com
                                                              *Admitted *pro hac vice*

*Attorneys for Plaintiff*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

  */s/ William M. Simpich*
  WILLIAM M. SIMPICH

## SCHEDULING ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that all proceedings are STAYED for a period of sixty days; the briefing and hearing schedule on (1) Defendant's Motion for Partial Summary Judgment, ECF No. 117; and (2) Plaintiffs' proposed Cross-Motion for Partial Summary Judgment, and the case management conference are VACATED; and that the parties shall submit a joint status report within 14 days of the expiration of the sixty-day stay.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 3, 2025

  RICHARD SEEBORG
  United States District Judge