James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>             Defendant. | Case No. 3:22-cv-06176-RS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's order of February 3, 2025, ECF No. 129, the parties jointly submit this status report. As the Court is aware, Defendant filed a Motion for Partial Summary Judgment, which remains pending, on October 18, 2024. ECF No. 117. On January 23, 2025, President Trump issued an Executive Order entitled *Declassification of Records Concerning the Assassinations of President John F. Kennedy, Senator Robert F. Kennedy, and the Reverend Dr. Martin Luther King Jr.* In light of that Executive Order, the Court stayed all proceedings in this case for a period of sixty days, vacated the briefing schedule on Defendants' Motion for Partial Summary Judgment, and ordered the parties to submit this joint status report. ECF No. 129.

On March 18, 2025, Defendant released previously withheld records that are part of the President John F. Kennedy Assassination Records Collection. Plaintiffs are reviewing that release, and the parties have conferred about a schedule for further proceedings in this matter, including

1  the possibility of Plaintiffs amending their complaint. In the interest of avoiding unneccesary
2  motion practice, the parties respectfully request the Court's leave to continue their conferral
3  process and submit an additional joint status report on or before May 19, 2025.
4

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

/s/ William M. Simpich
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
415-542-6809
bsimpich@gmail.com

Lawrence P. Schnapf*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ James Bickford

Date: April 18, 2025