James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE MARY FERRELL FOUNDATION, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-06176-RS<br><br>**JOINT STATUS REPORT** |

1　　Pursuant to the Court's order of April 18, 2025, ECF No. 134, the parties jointly submit
2　this status report. As the Court is aware, Defendant filed a Motion for Partial Summary Judgment,
3　which remains pending, on October 18, 2024. ECF No. 117. On January 23, 2025, President
4　Trump issued an Executive Order entitled *Declassification of Records Concerning the*
5　*Assassinations of President John F. Kennedy, Senator Robert F. Kennedy, and the Reverend Dr.*
6　*Martin Luther King Jr.* In light of that Executive Order, the Court stayed all proceedings in this
7　case for a period of sixty days, vacated the briefing schedule on Defendants' Motion for Partial
8　Summary Judgment, and ordered the parties to submit a joint status report by April 18. ECF No.
9　129.
10　　On March 18, Defendant released previously withheld records that are part of the President
11　John F. Kennedy Assassination Records Collection. Plaintiffs are still reviewing that release, and

1

1  the parties have conferred about a schedule for further proceedings in this matter, including the
2  possibility of Plaintiffs amending their complaint.  On April 18, "[i]n the interest of avoiding
3  unneccesary motion practice, the parties respectfully request[ed] the Court's leave to continue their
4  conferral process and submit an additional joint status report on or before May 19, 2025," ECF
5  No. 133, which the Court granted, ECF No. 134.  The parties now respectfully request leave to
6  complete their conferral process in the coming month, and to file a joint status report no later than
7  June 18, 2025, proposing a schedule for further proceedings in this case.
8

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

*/s/ William M. Simpich*
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
415-542-6809
bsimpich@gmail.com

Lawrence P. Schnapf\*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
\*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## ATTESTATION

 Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

 /s/ James Bickford

Date: May 19, 2025