**[PROPOSED]** ~~[PROPOSED]~~ **ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. Defendant shall file its combined opposition and reply to the pending cross-motions for partial summary judgment on or before December 23, 2025; and

2. Plaintiffs shall file their reply in support of their motion for partial summary judgment on or before January 23, 2026.

IT IS SO ORDERED.

DATED: December 22, 2025

HON. RICHARD SEEBORG
United States District Judge

STIPULATION FOR EXTENSION OF TIME
CASE NO. 3:22-CV-06176-RS