United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FERRELL FOUNDATION, INC., et al.,<br>Plaintiffs,<br>v.<br>JOSEPH R. BIDEN, et al.,<br>Defendants. | Case No. 22-cv-06176-RS<br><br>**ORDER FOR PARTIES TO SUBMIT STATUS REPORT** |

After partial summary judgment was granted for Defendants on February 13, 2026, parties were "directed to file a status report indicating what issues remain to be resolved in the case" within 30 days. No such report has been filed as of September 30, 2026. The parties are ordered to file the report within two weeks of this order, by Wednesday, October 14, 2026. If no report is filed, an order to show cause as to why the case should not be dismissed will issue.

**IT IS SO ORDERED**.

Dated: September 30, 2026

RICHARD SEEBORG
United States District Judge