James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

THE MARY FERRELL FOUNDATION, INC., et al.,

Plaintiffs,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

Defendant.

Case No. 3:22-cv-06176-RS

**JOINT STATUS REPORT**

In compliance with the Court's order, ECF No. 165, the parties respectfully submit this joint status report.

**<u>Defendant's Statement</u>**

Earlier this year, the Court issued a summary judgment opinion that disposed of all but one of the remaining claims in this case. ECF No. 164. The surviving claim rested on Section 4(a)(2)(B) of the JFK Act, which requires the National Archives and Records Administration (NARA) to establish "a central directory comprised of identification aids created for each [assassination] record transmitted to the Archivist." *Id.* at 6 (quoting JFK Act). Plaintiffs alleged that NARA had failed to fulfill this statutory requirement and pressed a claim "sounding in a failure to act" within the meaning of 5 U.S.C. § 706(1). *Id.* Plaintiffs sought summary judgment on this claim but NARA did not, explaining that NARA was "presently in the process of updating the central directory" and "intend[ed] to move for . . . summary judgment" on the claim "after that

process is complete." ECF No. 117 at 5 n.4. The Court denied Plaintiffs' motion for summary judgment on their failure-to-act claim, explaining that "NARA *has* acted" because "a central directory exists," even if "it is not as fulsome as Plaintiffs would like." ECF No. 164 at 6. (The central directory is available at https://www.archives.gov/research/jfk/search.) But because NARA did not file a cross-motion for summary judgment on this claim, the Court explained that the claim would "proceed" "for the time being." *Id.* at 6 n.4.

NARA respectfully reports that its work to update the central directory is nearing completion, and it expects to publish a revised version of the directory by the end of this year. NARA will file a motion to resolve Plaintiffs' failure-to-act claim shortly after it publishes the revised central directory.

**Plaintiffs' Statement**

Plaintiffs ask NARA to provide the details of how it intends to correct the directory in the status report. Plaintiffs ask the court to ask NARA to provide these details, as NARA has not voluntarily provided them.

Plaintiffs reserve their right to renew their summary judgment motion, particularly in the absence of any details about this upcoming intended correction.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

*/s/ William M. Simpich*
Attorney at Law
528 Grand Avenue
Oakland, CA 94610
415-542-6809
bsimpich@gmail.com

Lawrence P. Schnapf*
55 E. 87th Street #8b
New York, NY 10128
917-576-3667
larry@schnapflaw.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Date: October 14, 2026

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

*/s/ James Bickford*

Date: October 14, 2026